# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JAMES GONZALES,<br><br>           Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant.<br>_____/ | Case No. 1:18-cv-01637-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF**<br><br>(Doc. 16) |

On November 21, 2018, Plaintiff, represented by counsel and proceeding *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (*Id.*)

On July 3, 2019, the parties filed a stipulation for a thirty-day extension for Plaintiff to file his Opening Brief, extending the deadline to August 7, 2019. (Doc. 14.) On August 6, 2019, the Court granted Plaintiff's motion for an additional extension of time in which to file his Opening Brief, extending the deadline to August 21, 2019. (Doc. 16.)

Plaintiff failed to file and serve his Opening Brief with the Court and on opposing counsel by August 21, 2019, and, to date, no Opening Brief has been filed and served. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's orders and for want of prosecution. Alternatively, Plaintiff may

file an Opening Brief.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **September 9, 2019,** Plaintiff shall **either**:

    a. file a written response to this Order showing cause why the Court should not dismiss this action for failure to comply with the Court's orders and for want of prosecution; or

    b. file an Opening Brief.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **September 5, 2019**  /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE